**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE NEW MEXICO ENVIRONMENT DEPARTMENT<br><br>Plaintiffs,<br><br>v.<br><br>APACHE OIL CORPORATION,<br><br>Defendant. | CA No. 24-CV-00149 (DHU-KK) |

# FIRST MODIFICATION TO CONSENT DECREE

WHEREAS, the United States of America, on behalf of the United States Environmental Protection Agency (hereinafter, the "United States"), the New Mexico Environment Department ("NMED") and Apache Oil Corporation ("Apache") are parties to a Consent Decree ("CD") entered by this Court on April 11, 2024, pursuant to the Clean Air Act (Doc. No. 9).

WHEREAS, the CD pertains to 422 Facilities (or "Battery Pads") in New Mexico and Texas that are listed in Appendix A to the CD. At the time of entry of the CD, all 422 Facilities were owned and operated by Apache.

WHEREAS, Section XV of the CD pertains to the Sale or Transfer of Operations and permits Apache to be relieved of obligations under the Consent Decree as to facilities that are sold or transferred to a third party, given (a) certain notice and certification requirements (CD ¶ 146) and (b) the modification of the Consent Decree, substituting the third party as a party to the CD with respect to the sold or transferred Facilities (CD ¶ 147-149).

WHEREAS, on November 21, 2024, in accordance with Section XV of the Consent Decree, Apache notified the United States and the State of New Mexico via an emailed letter

dated November 15, 2024 (the "Hilcorp Notice Letter") that it had executed a Purchase and Sale Agreement with Hilcorp Energy I, L.P. ("Hilcorp Energy I"). In the Hilcorp Notice Letter, Apache stated that the 159 Facilities listed in Attachment 1 hereto (the "Hilcorp Transferred Facilities"), which are among the 422 Facilities identified in Appendix A to the Consent Decree, would be transferred from Apache to Hilcorp Energy I upon the closing of that transaction, which was anticipated to occur not less than thirty days following the date of the Hilcorp Notice Letter. Apache appended to the Hilcorp Notice Letter Hilcorp Energy I's certification stating that it has the "financial and technical wherewithal to assume all uncompleted and ongoing obligations and liabilities of the Consent Decree" as to the Hilcorp Transferred Facilities, in accordance with Section XV of the Consent Decree.

WHEREAS, on May 6, 2025, Hilcorp Energy I submitted to the Plaintiffs a more detailed certification regarding its financial and technical ability to assume the obligations and liabilities of the Consent Decree pertaining to the Hilcorp Transferred Facilities.

WHEREAS, on September 3, 2025, Hilcorp Energy I submitted to the Plaintiffs a revised certification regarding the financial and technical ability of Hilcorp Energy Company ("HEC"), which is the Operator of the Hilcorp Transferred Facilities.

WHEREAS, Plaintiffs agree, based on Hilcorp Energy I's certifications, that HEC has the financial and technical ability to assume the obligations and liabilities of the Consent Decree as they relate to the Hilcorp Transferred Facilities;

WHEREAS, in accordance with Section XV of the Consent Decree, Apache notified the United States and the State of New Mexico via an emailed letter dated May 14, 2025 (the "Permian Resources Notice Letter") that it had executed a Purchase and Sale Agreement with Permian Resources Operating, LLC ("Permian Resources"). In the Permian Resources Notice

Letter, Apache stated that the 9 Facilities listed in Attachment 2 hereto (the "Permian Resources Transferred Facilities"), which are among the 422 Facilities identified in Appendix A to the Consent Decree, would be transferred from Apache to Permian Resources upon the closing of that transaction, which was anticipated to occur not less than thirty days following the date of the Permian Resources Notice Letter. Apache appended to the Permian Resources Notice Letter Permian Resources' certification stating that it has the "financial and technical wherewithal to assume all uncompleted and ongoing obligations and liabilities of the Consent Decree" as to the Permian Resources Transferred Facilities, in accordance with Section XV of the Consent Decree.

WHEREAS, on May 16, 2025, Apache provided to Plaintiffs a more detailed certification regarding Permian Resources' financial and technical ability to assume the obligations and liabilities of the Consent Decree pertaining to the Permian Resources Transferred Facilities.

WHEREAS, Plaintiffs agree, based on Permian Resources' certifications, that Permian Resources has the financial and technical ability to assume the obligations and liabilities of the Consent Decree as they relate to the Permian Resources Transferred Facilities;

WHEREAS, on or about April 17, 2024, Apache paid the $4,000,000 civil penalty to the United States and to NMED, in accordance with Section IV of the Consent Decree;

WHEREAS, on June 26, 2024, Apache represented to the Plaintiffs that it completed the Environmental Mitigation Projects described in Section V.N of the Consent Decree and detailed in Appendix G to the Consent Decree;

WHEREAS, on December 31, 2024, the above-referenced purchase and sale transaction between Apache and Hilcorp Energy I was closed and the Hilcorp Transferred Facilities were transferred from Apache to Hilcorp Energy I.

WHEREAS, on June 16, 2025, the above-referenced purchase and sale transaction between Apache and Permian Resources was closed and the Permian Resources Transferred Facilities were transferred from Apache to Permian Resources.

WHEREAS, pursuant to Section XV of the CD, the United States, Apache and HEC desire to modify the Consent Decree to (1) make HEC a party to the Consent Decree with respect to the Hilcorp Transferred Facilities; (2) clarify the obligations and liabilities of HEC and Apache under the CD, as modified, as they pertain to the Hilcorp Transferred Facilities;

WHEREAS, pursuant to Section XV of the CD, the United States, Apache and Permian Resources desire to modify the Consent Decree to (1) make Permian Resources a party to the Consent Decree with respect to the Permian Resources Transferred Facilities; (2) release Apache from liability for the remaining requirements of the CD, as modified, as they pertain to the Permian Resources Transferred Facilities;

WHEREAS, each of the undersigned parties has reviewed and consents to this First Modification of the Consent Decree;

NOW THEREFORE, the United States, Apache, HEC, and Permian Resources hereby agree that, upon approval of this First Modification by the Court, the Consent Decree shall remain in full force and effect in accordance with its terms, except as set forth in this First Modification, which shall become effective upon entry by this Court.

1. The following definition shall be added to or modified in Section III of the Consent Decree:

   a. "HEC" shall mean Hilcorp Energy Company.

b. "Hilcorp Closing Date" shall mean December 31, 2024 (i.e., the closing date of the transaction by which the Hilcorp Transferred Facilities were transferred from Apache to Hilcorp Energy I).

c. "HEC Remaining Obligations" shall mean (1) any and all terms, conditions, obligations and requirements of the Consent Decree that apply at or to a Hilcorp Transferred Facility following the Hilcorp Closing Date, and (2) any and all terms, conditions, obligations and requirements that apply at or to a Hilcorp Transferred Facility prior to the Hilcorp Closing Date that were not fully or satisfactorily performed as of the Hilcorp Closing Date;

d. "Hilcorp Transferred Facilities" shall mean the Facilities listed in Attachment 1 to the First Modification to the Consent Decree.

e. "Permian Resources" shall mean Permian Resources Operating, LLC.

f. "Permian Resources Closing Date" shall mean June 16, 2025 (i.e., the closing date of the transaction by which the Permian Resources Transferred Facilities were transferred from Apache to Permian Resources).

g. "Permian Resources Remaining Obligations" shall mean (1) any and all terms, conditions, obligations and requirements of the Consent Decree that apply at or to a Permian Resources Transferred Facility following the Permian Resources Closing Date, and (2) any and all terms, conditions, obligations and requirements of the Consent Decree that apply at or to a Permian Resources Transferred Facility prior to the Permian Resources Closing Date that were not fully or satisfactorily performed as of the Permian Resources Closing Date;

h. "Permian Resources Transferred Facilities" shall mean the Facilities listed in Attachment 2 to the First Modification to the Consent Decree.

i. "Parties" shall mean the United States, NMED, Apache, HEC, and Permian Resources.

j. "Transferred Assets" shall mean the Hilcorp Transferred Facilities and the Permian Resources Transferred Facilities.

2. <u>HEC Remaining Obligations</u>. As of the Effective Date of the First Modification to the Consent Decree, all HEC Remaining Obligations shall exclusively apply to, be binding upon and be enforceable against HEC, except as provided in Paragraphs 3 and 4 of this First Modification to Consent Decree, to the same extent as if HEC were specifically named in those provisions of the Consent Decree.

3. HEC shall not be liable for any portion of the civil penalty provided for in Section IV of the Consent Decree, as modified, which has been paid in full by Apache. HEC shall not be responsible for the Mitigation Project set forth in Section V.N and Appendix G (Environmental Mitigation Project).

4. Apache shall be liable for any stipulated penalties that may accrue or have accrued for violations of the Consent Decree, as modified, relating or consequent to actions, events or failures to act at the Hilcorp Transferred Facilities that first occurred or arose before the Hilcorp Closing Date ("HEC Pre-Closing Violations") through the earlier of: (a) the date that the United States provides notice to HEC of a specific potential HEC Pre-Closing Violation; or (b) the date that HEC had actual knowledge of a specific HEC Pre-Closing Violation. Notwithstanding the foregoing sentence, if HEC Pre-Closing Violations occur, continue, or are ongoing after the Hilcorp Closing Date, HEC shall be responsible for any stipulated penalties for HEC Pre-Closing

Violations accruing on and after the earlier of the dates in the previous sentence, such date to be considered the first day of violation under Paragraph 106 of the Consent Decree for purposes of HEC's liability for stipulated penalties.

5. HEC shall be liable for any stipulated penalties that may accrue or have accrued for violations of the Consent Decree, as modified, relating or consequent to actions, events, or failures to act at the Hilcorp Transferred Facilities that first occurred or arose on or after the Hilcorp Closing Date.

6. Permian Resources Remaining Obligations. As of the Effective Date of the First Modification to the Consent Decree, all Permian Resources Remaining Obligations shall apply to, be binding upon and be enforceable against Permian Resources, except as provided in Paragraphs 7 and 8 of this First Modification to Consent Decree, to the same extent as if Permian Resources were specifically named in those provisions of the Consent Decree.

7. Permian Resources shall not be liable for any portion of the civil penalty provided for in Section IV of the Consent Decree, as modified, which has been paid in full by Apache. Permian Resources shall not be responsible for the Mitigation Project set forth in Section V.N and Appendix G (Environmental Mitigation Project).

8. Apache shall be liable for any stipulated penalties that may accrue or have accrued for violations of the Consent Decree, as modified, relating or consequent to actions, events or failures to act at the Permian Resources Transferred Facilities that first occurred or arose before the Permian Resources Closing Date ("Permian Resources Pre-Closing Violations") through the earlier of: (a) the date that the United States provides notice to Permian Resources of a specific potential Permian Resources Pre-Closing Violation; or (b) the date that Permian Resources had actual knowledge of a specific Permian Resources Pre-Closing Violation. Notwithstanding the

foregoing sentence, if Permian Resources Pre-Closing Violations occur, continue, or are ongoing after the Permian Resources Closing Date, Permian Resources shall be responsible for any stipulated penalties for Permian Resources Pre-Closing Violations accruing on and after the earlier of the dates in the previous sentence, such date to be considered the first day of violation under Paragraph 106 of the Consent Decree for purposes of Permian Resources' liability for stipulated penalties.

9. Permian Resources shall be liable for any stipulated penalties that may accrue or have accrued for violations of the Consent Decree, as modified, relating or consequent to actions, events, or failures to act at the Permian Resources Transferred Facilities that first occurred and arose on or after the Permian Resources Closing Date.

10. Apache Retained Responsibilities. Apache retains responsibility for any and all terms, conditions, obligations and requirements of the Consent Decree that apply at or to the Facilities covered by the Consent Decree that are not Transferred Assets.

11. Apache retains responsibility for all obligations and liabilities under Section V.N and Appendix G (Environmental Mitigation Project) and Section IV (Civil Penalty).

12. Periodic Reporting. Apache and HEC and Apache and Permian Resources shall cooperate to accurately and timely fulfill the reporting obligations set forth in Section VI (Periodic Reporting) with respect to the Hilcorp Transferred Facilities and the Permian Resources Transferred Facilities, respectively. Apache, Permian Resources and HEC shall comply with the certification requirements of Paragraph 96 of the Consent Decree with respect to the information that each provides that is incorporated into such reports. The United States agrees to waive any stipulated penalties related to timeliness or the certification requirements in

this Paragraph for reports filed between the Hilcorp Closing Date or the Permian Resources Closing Date, as applicable, and the date this First Modification is approved by the Court.

13. Notice: Paragraph 142 of the Consent Decree is hereby modified to add the following information:

As to Hilcorp Energy Company:

Spencer Kerr
SVP – General Counsel
1111 Travis
Houston, TX 77002
(713) 757-5221
skerr@hilcorp.com

With a copy to:
Matt Vicenik
EH&S Director
1111 Travis
Houston, TX 77002
(713) 289-2951
mvicenik@hilcorp.com

As to Permian Resources Operating, LLC.:

PERMIAN RESOURCES OPERATING, LLC
300 N. Marienfeld St., Suite 1000
Midland, TX 79701
Attention: John Bell
(432) 695-4222
John.Bell@permianres.com

14. Each undersigned representative of the United States, Apache, HEC, and Permian Resources certifies that he or she is fully authorized to enter into the terms and conditions of this First Modification and to execute and legally bind the Party he or she represents to this document.

15. This First Modification may be signed in counterparts, and its validity shall not be challenged on that basis.

HONORABLE DAVID H. URIAS
UNITED STATES DISTRICT JUDGE

**AGREED:**

**FOR THE UNITED STATES:**

DATE: 5/8/2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

Nicole Veilleux

NICOLE VEILLEUX
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Benjamin Franklin Station
Washington, DC 20044-7611
(202) 532-3348
nicole.veilleux@usdoj.gov
Attorney for Plaintiff United States of America

RYAN ELLISON
United States Attorney

RUTH F. KEEGAN
Assistant United States Attorney
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
Phone: 505.224.1470
Mobile: 505.206.4197
Fax: 505.346.7296
Ruth.F.Keegan@usdoj.gov

**FOR THE U.S. ENVIRONMENTAL PROTECTION AGENCY:**

Cheryl J. Seager Digitally signed by CHERYL SEAGER
Date: 2025.12.10 09:42:20 -06'00'

Date: December 10, 2025

CHERYL SEAGER
Director
Office of Enforcement and Compliance Assurance Division
U.S. Environmental Protection Agency, Region 6
1201 Elm Street
Dallas, Texas 75270

**FOR THE NEW MEXICO ENVIRONMENT DIVISION:**

Date: _________

_______________________________________
JAMES C. KENNEY
Secretary
New Mexico Environment Department
1190 St. Francis Drive
Santa Fe, New Mexico 87501

Date: _________

__________________________________________
ZACHARY OGAZ
General Counsel
New Mexico Environment Department
1190 St. Francis Drive
Santa Fe, New Mexico 87501

**FOR APACHE CORPORATION:**

Date: 4/27/26 ________________________________

JESSICA JACKSON
Vice President
Apache Corporation

**FOR HILCORP ENERGY COMPANY:**

DATE: April 29, 2026

JILLIAN JOPLING
Senior Vice President – E&P, Lower 48
Hilcorp Energy Company

**FOR PERMIAN RESOURCES OPERATING, LLC:**

DATE: 4/27/26

JOHN BELL
Executive Vice President and General Counsel
Permian Resources Operating, LLC

**First Modification to Consent Decree**

**Attachment 1: Hilcorp Transferred Facilities**

| Consent Decree # | Facility | County | State | Latitude | Longitude |
|---|---|---|---|---|---|
| **GROUP 1** | | | | | |
| 1 | A STATE 40 | Eddy | NM | 32.80564 | -104.14209 |
| 28 | ASAU CTB | Gaines | TX | 32.958166 | -102.291931 |
| 36 | CAMPBELL, SETH N | Winkler | TX | 31.880081 | -103.064524 |
| 37 | CAMPBELL, SETH S | Winkler | TX | 31.876 | -103.061403 |
| 38 | CARMICHAEL CTB | Andrews | TX | 32.211897 | -102.798103 |
| 3 | COFFEE FEDERAL | Eddy | NM | 32.83753 | -103.90978 |
| 4 | CROW FED BTY | Eddy | NM | 32.85418 | -103.87027 |
| 5 | EBDU CTB | Lea | NM | 32.48986 | -103.12979 |
| 60 | HARLEY CTB | Winkler | TX | 31.751967 | -102.925758 |
| 7 | HUMMINGBIRD FED COM 12 | Eddy | NM | 32.86713 | -103.83112 |
| 8 | LEE FED BTY | Eddy | NM | 32.82247 | -103.89726 |
| 10 | NE DRINKARD UNIT CTB/SAT 3 | Lea | NM | 32.48713 | -103.14418 |
| 11 | NFE FED | Eddy | NM | 32.84257 | -103.88661 |
| 12 | NMGSAU CTB | Lea | NM | 32.634167 | -103.291667 |
| 13 | OUTLAW STATE | Eddy | NM | 32.8007 | -104.1922 |
| 19 | RAVEN FEDERAL | Eddy | NM | 32.84503 | -103.91039 |
| 21 | THUNDERBIRD A | Eddy | NM | 32.8756 | -103.96989 |
| 22 | TONY FEDERAL | Eddy | NM | 32.8308 | -103.9121 |
| 23 | WARREN UNIT No. 1 BTY | Lea | NM | 32.53022 | -103.14688 |
| 24 | WASHINGTON 33 ST #56 CTB | Eddy | NM | 32.78787 | -104.1821 |
| 25 | WBDU SAT 4 / WBDU CTB | Lea | NM | 32.48483 | -103.17281 |
| **GROUP 2** | | | | | |
| 102 | BIRDIE FEDERAL | Eddy | NM | 32.83212 | -103.9977 |
| 141 | BLACKLINE /BROWN BOMBER | Winkler | TX | 31.682839 | -102.84495 |
| 143 | BRAHANEY UNIT CTB | Yoakum | TX | 33.1567 | -102.8874 |
| 144 | BRAHANEY UNIT SAT 1 | Yoakum | TX | 33.172895 | -102.894558 |
| 103 | CEDAR LAKE PAD 27W | Eddy | NM | 32.85159 | -103.88276 |
| 104 | CEDAR LAKE PAD 30W | Eddy | NM | 32.84692 | -103.88289 |
| 150 | CLARKE, FRANK NCT-1 | Andrews | TX | 32.1476 | -102.5756 |
| 105 | CURRY, MAE F | Lea | NM | 32.49863 | -103.2001 |
| 160 | E W COWDEN | Winkler | TX | 31.787971 | -103.095467 |

| Consent Decree # | Facility | County | State | Latitude | Longitude |
|---|---|---|---|---|---|
| 106 | EBDU SAT 1 | Lea | NM | 32.49743 | -103.13793 |
| 107 | EBDU SAT 2 | Lea | NM | 32.49729 | -103.12113 |
| 108 | EBDU SAT 3 | Lea | NM | 32.48439 | -103.1213 |
| 110 | GRIZZELL BATTERY | Lea | NM | 32.42273 | -103.20059 |
| 111 | HAWK /B-03/ | Lea | NM | 32.50738 | -103.14435 |
| 112 | L & M | Lea | NM | 32.59667 | -103.1231 |
| 113 | LAUGHLIN, W H | Lea | NM | 32.58852 | -103.26178 |
| 114 | LOCKHART B-12 | Lea | NM | 32.49973 | -103.1101 |
| 115 | LOCO FEDERAL | Eddy | NM | 32.82467 | -103.97622 |
| 116 | LYNCH, WALTER | Lea | NM | 32.42409 | -103.12089 |
| 117 | M & M #1,2,3,4,5,6,7 | Lea | NM | 32.56012 | -103.142 |
| 118 | MCDONALD STATE AC 2 | Lea | NM | 32.3964 | -103.22195 |
| 119 | NE DRINKARD UNIT SAT 1 | Lea | NM | 32.50516 | -103.13583 |
| 120 | NE DRINKARD UNIT SAT 3A | Lea | NM | 32.4828 | -103.1452 |
| 121 | NE DRINKARD UNIT SAT 4 | Lea | NM | 32.48065 | -103.17918 |
| 122 | NE DRINKARD UNIT SAT 4A | Lea | NM | 32.46136 | -103.15541 |
| 123 | NE DRINKARD UNIT SAT 5 | Lea | NM | 32.46187 | -103.13137 |
| 124 | NE DRINKARD UNIT SAT 5A | Lea | NM | 32.46527 | -103.14041 |
| 125 | NMGSAU BTY 89 | Lea | NM | 32.606749 | -103.261255 |
| 126 | NMGSAU BTY 98 | Lea | NM | 32.589657 | -103.260631 |
| 127 | OWEN, MARK 1-5,8,28,29 | Lea | NM | 32.43182 | -103.13816 |
| 128 | OWEN, MARK 7,9,10,15-18,20 | Lea | NM | 32.433166 | -103.14015 |
| 129 | PINOT/WHITE OWL | Lea | NM | 32.60704 | -103.12104 |
| 130 | RINEWALT | Lea | NM | 32.42442 | -103.16995 |
| 202 | SEALY SMITH A&B | Winkler | TX | 31.725396 | -102.932338 |
| 203 | SPORTSTER 10-18-1H | Winkler | TX | 31.762139 | -102.946011 |
| 131 | STATE D A | Lea | NM | 32.47678 | -103.17254 |
| 206 | SUNDOWN SEALY SMITH | Winkler | TX | 31.708928 | -102.957867 |
| 207 | THREE BAR CENTRAL | Andrews | TX | 32.1546 | -102.8087 |
| 132 | WASHINGTON 33 STATE | Eddy | NM | 32.79134 | -104.18136 |
| **<u>GROUP 3</u>** | | | | | |
| 213 | A STATE 42 | Eddy | NM | 32.8069 | -104.14213 |
| 214 | AAO FED SOUTH | Eddy | NM | 32.77681 | -104.23153 |
| 215 | AAO FEDERAL 1 & 22 | Eddy | NM | 32.78217 | -104.2336 |
| 216 | AB STATE 647 | Eddy | NM | 32.78672 | -104.20049 |
| 252 | ANDREWS UN | Andrews | TX | 32.338648 | -102.593004 |
| 253 | ANDREWS UN E SAT | Andrews | TX | 32.341042 | -102.577824 |
| 217 | APACHE STATE Q | Lea | NM | 32.57116 | -103.25058 |
| 254 | ASAU CS | Terry | TX | 32.963889 | -102.301554 |

| Consent Decree # | Facility | County | State | Latitude | Longitude |
|---|---|---|---|---|---|
| 255 | AWU BATT | Terry | TX | 32.97105 | -102.310601 |
| 256 | BAKKE CENTRAL | Andrews | TX | 32.2788 | -102.5197 |
| 257 | BAKKE SATELLITE 4 | Andrews | TX | 32.2685 | -102.5333 |
| 218 | BARNSDALL FEDERAL | Eddy | NM | 32.8118 | -104.05828 |
| 258 | BICE, SARAH | Gaines | TX | 32.936932 | -102.2668 |
| 259 | BROWN BOMBER A 27 | Winkler | TX | 31.705872 | -102.874512 |
| 219 | BUTLER, EDITH B | Lea | NM | 32.39021 | -103.11227 |
| 220 | CHESHER/COLL/PLUMLEE BTTY | Lea | NM | 32.49132 | -103.11997 |
| 221 | D STATE | Eddy | NM | 32.79986 | -104.14387 |
| 222 | D STATE 49 | Eddy | NM | 32.7948 | -104.1371 |
| 223 | D STATE 74 | Eddy | NM | 32.78448 | -104.15542 |
| 224 | ELLIOTT EM 20 FED | Lea | NM | 32.37968 | -103.19225 |
| 225 | EMPIRE ABO UNIT D40 CTB | Eddy | NM | 32.79973 | -104.13948 |
| 263 | FLANAGAN | Gaines | TX | 32.55167 | -102.707358 |
| 264 | GMK CTB | Gaines | TX | 32.810647 | -102.524785 |
| 265 | GMK WEST UN | Gaines | TX | 32.820687 | -102.547417 |
| 226 | HARE, J G | Lea | NM | 32.43098 | -103.17264 |
| 268 | HART, C W | Andrews | TX | 32.2884 | -102.5316 |
| 227 | HAWK /A/ | Lea | NM | 32.49984 | -103.18035 |
| 228 | HAWK FED B-1 69 & 70 | Lea | NM | 32.49179 | -103.16741 |
| 269 | HENDRICK, IDA T-88-N | Winkler | TX | 31.846201 | -103.1596 |
| 229 | HIGH PLAINS ST | Lea | NM | 33.09662 | -103.48896 |
| 270 | HOGG G D | Winkler | TX | 31.743328 | -102.95091 |
| 230 | HUMMINGBIRD SOUTH FED COM | Eddy | NM | 32.86089 | -103.83158 |
| 231 | LAUGHLIN, V | Lea | NM | 32.59307 | -103.26043 |
| 278 | LINK, LC | Andrews | TX | 32.3515 | -102.5989 |
| 280 | MCFARLAND CENTRAL | Andrews | TX | 32.467874 | -102.50825 |
| 233 | MJ STATE | Eddy | NM | 32.78097 | -104.25488 |
| 234 | MONUMENT ABO | Lea | NM | 32.61168 | -103.33244 |
| 235 | MUNCY, J L | Lea | NM | 32.37346 | -103.11241 |
| 236 | N B TWEEN STATE | Eddy | NM | 32.80789 | -104.12469 |
| 283 | PARKER, JE H | Andrews | TX | 32.3288 | -102.589 |
| 284 | PARKER, JE J | Andrews | TX | 32.3084 | -102.5629 |
| 285 | PARKER, OLA STATE 6 | Andrews | TX | 32.220478 | -102.81479 |
| 286 | PETRO GRANDE A 30 | Winkler | TX | 31.73641 | -102.899759 |
| 287 | POGUE /M/ | Gaines | TX | 32.6011 | -102.6905 |
| 298 | SHAFTER LAKE UNIT | Andrews | TX | 32.341887 | -102.613117 |
| 299 | SOFTAIL 10-17 #2H | Winkler | TX | 31.759981 | -102.953542 |
| 301 | SPRINGER 10-23 | Winkler | TX | 31.739743 | -102.927993 |

| Consent Decree # | Facility | County | State | Latitude | Longitude |
|---|---|---|---|---|---|
| 308 | THREE BAR SATELLITE WEST(SHALLOW) | Andrews | TX | 32.143702 | -102.810169 |
| 237 | TOBY, G W WN | Lea | NM | 32.22288 | -103.21574 |
| 238 | TURNER BATTERY | Lea | NM | 31.3405 | -101.7113 |
| 239 | TURNER, WM | Lea | NM | 32.44815 | -103.18302 |
| 313 | UNIVERSITY BAR 36 | Andrews | TX | 32.204814 | -102.824958 |
| 240 | WALDEN, E W | Lea | NM | 32.38878 | -103.15572 |
| 241 | WARD, L W (Shenck) | Lea | NM | 33.20057 | -103.06493 |
| 242 | WARN STATE AC 1 | Lea | NM | 32.79199 | -103.49967 |
| 243 | WARN STATE AC 2 | Lea | NM | 32.77049 | -103.49917 |
| 244 | WARREN MCKEE BTY | Lea | NM | 32.54195 | -103.1716 |
| 245 | WARREN UNIT No. 5 BTY | Lea | NM | 32.54414 | -103.14276 |
| 246 | WARREN UNIT No. 6 BTY | Lea | NM | 32.55267 | -103.16436 |
| 247 | WARREN UNIT No. 7 BTY | Lea | NM | 32.5449 | -103.1551 |
| 248 | WEIR, W A 'B' | Lea | NM | 32.63575 | -103.32851 |
| 249 | WERTA FEDERAL | Lea | NM | 32.61004 | -103.11798 |
| 316 | WESTBROOK OIL CORP BLOCK 4 | Andrews | TX | 32.511119 | -102.544731 |
| 317 | WESTBROOK OIL CORP BLOCK 9 | Andrews | TX | 32.5004 | -102.5447 |
| 250 | WOOD, EUGENE | Lea | NM | 32.38034 | -103.14796 |
| 251 | WORTHAN, LOU | Lea | NM | 32.41002 | -103.62252 |
| **GROUP 4** | | | | | |
| 332 | COONS, W A UNIT | Hockley | TX | 33.394453 | -102.453848 |
| 334 | DEAN, C S /A/ UN | Cochran | TX | 33.507788 | -102.739766 |
| 338 | EAST MALLET UNIT | Hockley | TX | 33.471817 | -102.540909 |
| 344 | ELLWOOD A & B (SAT 1) | Hockley | TX | 33.654612 | -102.185595 |
| 345 | ELLWOOD SAT 4 | Hockley | TX | 33.640035 | -102.186468 |
| 346 | ELLWOOD SAT 5 | Hockley | TX | 33.627924 | -102.189094 |
| 347 | ELLWOOD SAT 6 | Hockley | TX | 33.611076 | -102.178282 |
| 348 | ELLWOOD SAT 7 | Hockley | TX | 33.656169 | -102.148874 |
| 349 | EMERALD BATT | Yoakum | TX | 32.96077 | -102.75168 |
| 375 | MALLET NORTH TEST NO 3 | Cochran | TX | 33.476342 | -102.607588 |
| 376 | MAPLE WILSON CTB 1 | Hockley | TX | 33.523118 | -102.468885 |
| 378 | N MALLET | Hockley | TX | 33.473008 | -102.586036 |
| 379 | NANNIE MAY | Yoakum | TX | 33.227368 | -102.953721 |
| 380 | NCLU BATT 1 | Cochran | TX | 33.619495 | -102.626717 |
| 381 | NCLU BATT 2 | Hockley | TX | 33.619523 | -102.580947 |
| 382 | NCLU BATT 3 | Hockley | TX | 33.610973 | -102.544626 |
| 383 | NCLU TRACT 39 | Hockley | TX | 33.621588 | -102.5757 |
| 389 | PLAINS UNIT | Yoakum | TX | 33.199134 | -102.844233 |

| Consent Decree # | Facility | County | State | Latitude | Longitude |
|---|---|---|---|---|---|
| 396 | ROBERTS UNIT BATTERY 1 | Yoakum | TX | 33.028716 | -102.978446 |
| 397 | ROBERTS UNIT BATTERY 2 | Yoakum | TX | 33.0088 | -102.9306 |
| 398 | ROBERTS UNIT BATTERY 3 | Yoakum | TX | 32.9983 | -102.9333 |
| 399 | ROBERTS UNIT BATTERY 4 | Yoakum | TX | 33.02531 | -102.892361 |
| 400 | ROBERTS UNIT BATTERY 5 | Yoakum | TX | 33.0255 | -102.8842 |
| 401 | ROBERTS UNIT BATTERY 6 | Yoakum | TX | 33.00703 | -102.9299 |
| 403 | S MALLET | Cochran | TX | 33.4459 | -102.60102 |
| 407 | SHOOK, R B /A/ D | Yoakum | TX | 33.192997 | -102.927041 |
| 412 | SW LEVELLAND UNIT | Cochran | TX | 33.548392 | -102.714646 |
| 415 | WEEMS, L R (Bronco 5) | Yoakum | TX | 33.206809 | -103.058043 |
| 416 | WLU NO 1 | Cochran | TX | 33.600367 | -102.685666 |
| 417 | WLU NO 2 | Cochran | TX | 33.593753 | -102.609179 |
| 418 | WLU ROBERTS COBLE B BTY | Hockley | TX | 33.5996 | -102.52119 |
| 419 | WOODLEY, F L | Cochran | TX | 33.49509 | -102.63357 |
| 420 | XIT UNIT | Cochran | TX | 33.50445 | -102.80825 |

**First Modification to Consent Decree**

**Attachment 2: Permian Resources Transferred Facilities**

| Consent Decree # | Facility | County | State | Latitude | Longitude |
|---|---|---|---|---|---|
| **GROUP 1** | | | | | |
| 1 | BLACK & TAN 27 FED COM | EDDY | NM | 32.80564 | -104.14209 |
| 6 | GHOST RIDER 22-15 FED CTB | LEA | NM | 32.2066 | -103.66053 |
| 9 | LUSK 34 FED | LEA | NM | 32.62253 | -103.76183 |
| 14 | PALMILLO 0310 | EDDY | NM | 32.68331 | -104.16117 |
| 16 | PALMILLO 14-15 | EDDY | NM | 32.66277 | -104.15522 |
| 17 | PALMILLO 21 | EDDY | NM | 32.64968 | -104.18857 |
| 18 | PALMILLO 26 | EDDY | NM | 32.63359 | -104.13953 |
| 20 | SALT FORK 3-4 FED COM | EDDY | NM | 32.68735 | -103.96086 |
| **GROUP 3** | | | | | |
| 232 | LUSK S 28 FED | LEA | NM | 32.62608 | -103.77736 |